## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

DANIEL J. KOTTAS,

        Plaintiff,

    vs.

UNITED STATES OF AMERICA,

        Defendant.

**4:16CV3069**

**ORDER**

IT IS ORDERED that the motion to withdraw filed by Earl G. Greene, III as counsel of record on behalf of Defendant United States of America, (Filing No. 35), is granted.

February 18, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge