IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL J. KOTTAS,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | 4:16CV3069<br><br>**ORDER** |

The parties' motion to extend, (Filing No. 39), is granted, and

IT IS ORDERED that the final progression order is amended as follows:

1) The non-jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on January 22, 2018, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on January 9, 2018 at **10:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on January 5, 2018.

3) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):         April 25, 2017.

        For the defendant(s):         June 26, 2017.

4)     The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

|  |  |
|---|---|
| For the plaintiff(s): | May 25, 2017. |
| For the defendant(s): | July 25, 2017. |
| Plaintiff's rebuttal: | August 8, 2017. |

5)     The deposition deadline is September 8, 2017.

6)     The deadline for filing motions to dismiss and motions for summary judgment is October 6, 2017. [1]

7)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 6, 2017.

March 23, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.