IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL J. KOTTAS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 4:16CV3069<br><br>ORDER |

As requested in Defendant's motion, (filing no. 52), which is hereby granted,

IT IS ORDERED that the final progression order is amended as follows:

1) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#))), are:

       For Defendant:          January 26, 2018.

       Plaintiff's rebuttal:       February 9, 2018.

2) The deposition deadline is March 16, 2018.

3) The deadline for filing motions to dismiss and motions for summary judgment is February 16, 2018.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is April 17, 2018.

November 20, 2017.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge