IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL J. KOTTAS, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | **4:16CV3069** <br><br> **ORDER** |

IT IS ORDERED that the motion to withdraw filed by Steven M Karcher, as counsel of record for Defendant, (Filing No. 55), is granted.

Dated this 11th day of December, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge