IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DANIEL J. KOTTAS,

                    Plaintiff,                              4:16-CV-3069

vs.

UNITED STATES OF AMERICA,                          JUDGMENT

                    Defendant.


On the parties' Joint Stipulation for Dismissal with Prejudice (filing 81) the plaintiff's claims against the defendant are dismissed with prejudice, each party to bear its own costs, and complete record waived.

Dated this 1st day of August, 2018.


                    BY THE COURT:


                    John M. Gerrard
                    United States District Judge